

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER ON MOTION FOR REHEARING

Appellate case name:    Belmont Village Hunters Creek TRS, LLC, Belmont Three, LLC, Belmont Village Hunters Creek, LLC, Belmont Village, L.P. and Belmont BP Investors, LLC v. William Marshall, Individually and as Executor of the Estate of Charlotte Marshall, deceased, Catherine Marshall and David Marshall

Appellate case number:    01-18-00984-CV

Trial court case number:    2017-75214

Trial court:               164th District Court of Harris County

     The motion for rehearing filed September 4, 2020, is DENIED.

Judge's signature: __/s/ Richard Hightower_____
               Acting for the Court

Panel consists of Justices Kelly, Hightower, and Countiss.

Date: __December 3, 2020_____